IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40195
(Summary Calendar)
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN OLIVO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
(4:99-CR-34-ALL)
--------------------
January 8, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Attorney Curtis Glover was appointed to represent Defendant-Appellant John Olivo on appeal, and has now moved for leave to withdraw, filing a brief as required by Anders v. California, 386 U.S. 738 (1967). Olivo received a copy of counsel's motion and brief and requested an extension of time to file a response; on September 7, 2000, we granted Olivo a thirty day extension, but Olivo failed to file any response. We therefore consider counsel's pending motion to withdraw.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our independent review of counsel's brief and the record discloses no non-frivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is granted, counsel is excused from further responsibilities herein, and Olivo's appeal is dismissed. <u>See</u> 5th Cir. R. 42.2.